# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>04/21/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 |
|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Howard Hanna Real Estate - Independent Contractor - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York College Tuition Savings #1 (529) (H) | | | | | | | | | |
| 2. -Vanguard Aggressive Age-Based Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/01/20 | J | | |
| 3. | | | | | Buy (add'l) | 02/01/20 | J | | |
| 4. | | | | | Buy (add'l) | 03/01/20 | J | | |
| 5. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 6. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 7. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 8. | | | | | Sold (part) | 06/15/20 | J | D | |
| 9. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 10. | | | | | Buy (add'l) | 08/01/20 | J | | |
| 11. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 12. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 13. | | | | | Buy (add'l) | 11/01/20 | J | | |
| 14. | | | | | Sold (part) | 11/27/20 | J | C | |
| 15. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 16. New York College Tuition Savings #2 (529) (H) | | | | | | | | | |
| 17. -Vanguard Aggressive Age-Based Growth Fund | B | Dividend | K | T | Buy (add'l) | 01/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 02/01/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 03/01/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 08/01/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 11/01/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 29. Sun Trust IRA (H) | | | | | | | | | |
| 30. -AT & T Inc Common ("T") | A | Dividend | J | T | | | | | |
| 31. -Corning Inc Common ("GLW") | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 32. - KLA-Tencor Corp Common ("KLAC") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 33. -Home Depot Inc Common ("HD") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 34. -US Bancorp Del Common ("USB") | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Crown Castle INTL Corp Common ("CCI") | A | Dividend | J | T | | | | | |
| 36.  -Chevron Corp Common ("CVX") | A | Dividend | J | T | Buy<br>(add'l) | 12/16/20 | J | | |
| 37.  -Johnson & Johnson Common ("JNJ") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 38.  -Raytheon Technologies Corp Common<br>("RTX")(formerly "RTN") | A | Dividend | J | T | | | | | |
| 39.  -3M Company Common ("MMM") | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 40.  -Wells Fargo Co Common ("WFC") | A | Dividend | | | Sold | 05/14/20 | J | A | |
| 41.  -Digital RLTY TR Inc Common ("DLR") | A | Dividend | J | T | Buy<br>(add'l) | 05/14/20 | J | | |
| 42.  -Total S A Sponsored ADR ("TOT") | A | Dividend | J | T | | | | | |
| 43.  -Abbvie Inc Common ("ABBV") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 44.  -Amgen Inc Common ("AMGN") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 45.  -Apple Inc Common ("AAPL") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 46. | | | | | Sold<br>(part) | 12/16/20 | J | A | |
| 47.  -Blackrock Inc Common ("BLK") | A | Dividend | J | T | | | | | |
| 48.  -CMS Energy Corp Common ("CMS") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 49.  -Intel Corp Common ("INTC") | A | Dividend | J | T | | | | | |
| 50.  -Nextera Energy Inc Common ("NEE") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 51.  -Pepsico Inc Common ("PEP") | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Verizon Communications Common ("VZ") | A | Dividend | J | T | | | | | |
| 53. -Eaton Corp PLC Common ("ETN") | A | Dividend | J | T | | | | | |
| 54. -CME Group Inc Common ("CME") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 55. -Dowdupont Inc Common ("DWDP") | A | Dividend | J | T | | | | | |
| 56. -Cysco Sys Inc Common ("CSCO") | A | Dividend | | | Sold | 10/08/20 | J | A | |
| 57. -JP Morgan Chase & Co Common ("JPM") | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 58. --Microsoft Corp Common ("MSFT") | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 59. | | | | | Sold (part) | 12/16/20 | J | A | |
| 60. -Merck & Co Inc New Common ("MRK") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 61. -Union Pacific Corp Common ("UNP") | A | Dividend | J | T | | | | | |
| 62. -Vanguard BD Index Fd Inc Intermediate Term Bd ETF ("BIV") | A | Dividend | K | T | Buy (add'l) | 02/10/20 | J | | |
| 63. -Schlumberger Limited Common ("SLB") | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 64. -Hartford Mid Cap Fd Class I ("HFMIX") | A | Dividend | J | T | | | | | |
| 65. -Broadcom Limited Common ("AVGO") | A | Dividend | J | T | | | | | |
| 66. -Russell 2000 Growth ETF ("IWO") | A | Dividend | J | T | Sold (part) | 02/10/20 | J | A | |
| 67. -United Parcel Svc Inc Class B ("UPS") | A | Dividend | J | T | | | | | |
| 68. -Sysco Corp Common ("SSY") | A | Dividend | | | Sold | 03/19/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -American Europacific Growth Fund Cl F3 ("FEUPX") | A | Dividend | J | T | | | | | |
| 70.   -Hartford Midcap Fund Cl F ("HMDFX") | A | Dividend | J | T | | | | | |
| 71.   -Comcast Corp New Cl A ("CMCSA") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 72.   -Boeing Co Common ("BA") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 73.   -Chevron Corp New Common ("CVX") | A | Dividend | J | T | | | | | |
| 74.   - Target Corp Common ("TGT") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 75.   -Honeywell International Inc Common ("HON") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 76.   -Corteva Inc Common ("CTVA") | A | Dividend | J | T | | | | | |
| 77.   -Dow Inc Common ("DOW") | A | Dividend | J | T | | | | | |
| 78.   -Novartis AG Sponsored ADR ("NVS") | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 79.   -Outfront Media Inc Common ("OUT") | A | Dividend | | | Sold | 05/14/20 | J | A | |
| 80.   -American Elec Pwr Co Inc Common ("AEP") | A | Dividend | J | T | | | | | |
| 81.   -Emerson Electric Co Common ("EMR") | A | Dividend | J | T | Buy | 01/30/20 | J | | |
| 82. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 83.   -Cardinal Health Inc Common NPV ("CAH") | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 84.   -Proctor & Gamble Co Common ("PG") | A | Dividend | | | Buy | 03/19/20 | J | | |
| 85. | | | | | Sold | 12/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -Genuine Parts Co Common ("GPC") | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 88.  -Qualcomm Inc Common ("QCOM") | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 89.  -Prudential Financial Inc Common ("PRU") | A | Dividend | J | T | Buy | 12/16/20 | J | | |
| 90.  -Philip Morris International Inc Common<br>NPV ("PM") | A | Dividend | J | T | Buy | 12/16/20 | J | | |
| 91.  -Total SE Spon Ads EA Rep 1 Ordinary<br>Shares ("TOT") | A | Dividend | J | T | Buy | 12/16/20 | J | | |
| 92.  New York College Tuition Savings #3<br>(529R) (H) | | | | | | | | | |
| 93.  -Vanguard Aggressive Age-Based Growth<br>Fund | B | Dividend | J | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 02/01/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 03/01/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 08/01/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/01/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 105. New York College Tuition Savings #4<br>(529N) (H) | | | | | | | | | |
| 106. -Vanguard Aggressive Age-Based Growth<br>Fund | B | Dividend | J | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 02/01/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/01/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 08/01/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 11/01/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 38: Raytheon Co Common ("RTN")(on the last report) was merged into Raytheon Technologies Corp Common ("RTX"). As I read the instructions, there was no reportable transaction.

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/21/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary L. Sharpe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544